GREGORY D. RUEB, ESQ.  SBN 154589
RUEB MOTTA & MANOUKIAN
A Professional Law Corporation
1401 Willow Pass Road, Suite 880
Concord, CA 94520
Telephone:  (925) 602-3400
Facsimile:  (925) 602-0622
greg@rmmprolaw.com

Attorneys for Plaintiff
ROBERT VINCENT VEGA, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VINCENT VEGA, JR.,<br><br>         Plaintiff,<br>v.<br><br>COUNTY OF YOLO, E.G. PRIETO, Sheriff of YOLO COUNTY, in his capacity as Sheriff for the COUNTY OF YOLO, and DOES 1 to 100, inclusive,<br><br>         Defendants. | **Case No.   2:09-CV-00574 MCE KJM**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**<br><br>Current Deadline:  May 1, 2009 |

Plaintiff, ROBERT VINCENT VEGA, JR. ("Plaintiff"), by and through his counsel of record, and Defendants COUNTY OF YOLO and E.G. PRIETO (collectively, "Defendants"), by and through their counsel of record, hereby stipulate for an extension of time to file a Joint Status Report pursuant to Fed. R. Civ. P. 26(f), and consent to an Order of this Court consistent with the following:

On February 27, 2009, Plaintiff's Complaint for Damages was filed with this Court.  On March 2, 2009, through mutual agreement of counsel, the Summons and Complaint were then served on Defendants by mail with a Waiver of Service of Summons to each respective party. Pursuant to Fed. R. Civ. P. 4, use of such a waiver extends the time for each defendant's responsive pleading up to and including sixty (60) days from the date the Complaint was filed, in this instance, May 1, 2009.  Unfortunately, pursuant to the Order Requiring Joint Status

PDF created with pdfFactory trial version www.pdffactory.com

Report, the parties' Joint Status Report is also due filed with the Court sixty (60) days from the filing of the Complaint, or on May 1, 2009. In most cases, this deadline would occur within sufficient time after Defendants' first appearance and/or responsive pleadings have been submitted. However, because of the use of waivers in this case, we believe Defendants will not be afforded reasonable time to answer by requiring submission of their first pleadings and a Joint Status Report on the same date.

Therefore, the parties hereby stipulate and request an extension of time for sixty (60) days, up to and including June 30, 2009 for which to file the Joint Status Report as required by this Court.

Dated: April 15, 2009.                         RUEB MOTTA & MANOUKIAN

                                               By: /s/ Gregory D. Rueb, Esq.
                                               _____
                                               GREGORY D. RUEB, ESQ.
                                               Attorneys for Plaintiff
                                               ROBERT VINCENT VEGA, JR.


Dated: April 15, 2009.                         ANGELO KILDAY & KILDUFF

                                               By: /s/ John A. Whitesides, Esq.
                                                   (as authorized on 4/15/09)
                                               _____
                                               JOHN A. WHITESIDES, ESQ.
                                               Attorneys for Defendants
                                               COUNTY OF YOLO, and
                                               E.G. PRIETO


    IT IS SO ORDERED.

DATED: April 20, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com