| | |
|---|---|
| 1 | BRUCE A. KILDAY, ESQ., SB No. 066415    (SPACE BELOW FOR FILING STAMP ONLY) |
| 2 | JOHN A. WHITESIDES, ESQ., SB No. 125611 |

BRUCE A. KILDAY, ESQ., SB No. 066415  (SPACE BELOW FOR FILING STAMP ONLY)
JOHN A. WHITESIDES, ESQ., SB No. 125611
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants COUNTY OF YOLO and SHERIFF E. G. PRIETO

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VINCENT VEGA, JR., <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF YOLO, E. G. PRIETO, Sheriff of YOLO COUNTY, in his capacity as Sheriff for the COUNTY OF YOLO, and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.: 09-CV-00574-MCE-KJM <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

  Defendants COUNTY OF YOLO and SHERIFF E. G. PRIETO and Plaintiff ROBERT VINCENT VEGA, JR., by and through their attorneys of record herein, hereby stipulate and agree as follows:

  That Defendants' current deadline to respond to the Complaint, May 1, 2009, be extended for three weeks, until May 22, 2009, so that Plaintiff and Defendants may discuss settlement prior to incurring any additional expense necessitated by a pleading attack or other litigation processes. As the parties have until June 30, 2009 to file the joint status report, the proposed pleading extension will not result in any rescheduling thereof.

-1-
STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: April 27, 2009 | | RUEB, MOTTA & MANOUKIAN |

                                        */s/ Gregory D. Rueb*
                                       (signature authorized on 4/27/09)
By:_____
   GREGORY D. RUEB
   Attorneys for Plaintiff ROBERT
   VINCENT VEGA, JR.

Dated: April 27, 2009                                ANGELO, KILDAY & KILDUFF

                                        */s/ John A. Whitesides*
By:_____
   BRUCE A. KILDAY
   JOHN A. WHITESIDES
   Attorneys for Defendants COUNTY OF
   YOLO and SHERIFF E. G. PRIETO

## **ORDER**

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that Defendants COUNTY OF YOLO and SHERIFF, E. G. PRIETO have until May 22, 2009 to respond to Plaintiff's Complaint herein.

Dated: April 28, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com