1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  ROBERT VINCENT VEGA, JR.,        No. 2:09-cv-00574-MCE-CMK

12           Plaintiff,

13       v.                          ORDER CONTINUING TRIAL

14  YOLO COUNTY, ET AL.,

15           Defendants.
    _____/

16

17       YOU ARE HEREBY NOTIFIED the May 29, 2012 jury trial is

18  vacated and continued to **January 7, 2013**, at **9:00 a.m.** in

19  Courtroom 7.  The parties shall file trial briefs not later than

20  **November 1, 2012.**  Counsel are directed to Local Rule 285

21  regarding the content of trial briefs.

22       Accordingly, the March 29, 2012 Final Pretrial Conference is

23  vacated and continued to **November 15, 2012**, at **2:00 p.m.** in

24  Courtroom 7.  The Joint Final Pretrial Statement is due not later

25  than **October 25, 2012** and shall comply with the procedures

26  outlined in the Court's November 4, 2009 Pretrial Scheduling

27  Order.

28  ///

                              1

1  The personal appearances of the trial attorneys or person(s) in

2  pro se is mandatory for the Final Pretrial Conference.

3  Telephonic appearances for this hearing are not permitted.

4      Any evidentiary or procedural motions are to be filed by

5  **October 25, 2012.**  Oppositions must be filed by **November 1, 2012**

6  and any reply must be filed by **November 8, 2012.**  The motions

7  will be heard by the Court at the same time as the Final Pretrial

8  Conference.

9      All other due dates set forth in the Court's Pretrial

10  Scheduling Order are confirmed.

11      IT IS SO ORDERED.

12

Dated: January 10, 2012

13

14  _____

15  MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28