UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT VINCENT VEGA, JR.,          No. 2:09-cv-00574-MCE-CKD

      Plaintiff,

  v.                                 ORDER CONTINUING TRIAL

YOLO COUNTY, ET AL.,

      Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the 91 7, 2013 jury trial is vacated and continued to **September 23, 2013**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **July 11, 2013**. Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the November 15, 2012 Final Pretrial Conference is vacated and continued to **July 25, 2013**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **July 5, 2013** and shall comply with the procedures outlined in the Court's November 4, 2009 Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **July 5, 2013**. Oppositions must be filed by **July 11, 2013** and any reply must be filed by **July 18, 2013**. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

All other due dates set forth in the Court's Pretrial Scheduling Order are confirmed.

IT IS SO ORDERED.

Dated: October 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE