1  BRUCE A. KILDAY, ESQ., SBN 066415
   AMIE McTAVISH, ESQ., SBN 242372
2  KEVIN J. DEHOFF, ESQ., SBN 252106
3  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
4  601 University Avenue, Suite 150
   Sacramento, CA  95825
5  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
6
7  Attorneys for Defendants COUNTY OF YOLO and SHERIFF E.G. PRIETO

8
9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11 ROBERT VINCENT VEGA, JR.,            )  Case No.:  2:09-CV-00574-MCE-AC
                                        )
12              Plaintiff,              )  **STIPULATION FOR DISMISSAL OF**
                                        )  **ACTION WITH PREJUDICE; ORDER**
13                                      )
14              vs.                     )
                                        )
15 YOLO COUNTY, et al.,                 )
                                        )
16              Defendants.             )

17

18      The parties, through their respective counsel, hereby stipulate that this matter shall be

19 dismissed in its entirety and with prejudice.  It is further stipulated that each party will bear its

20 own costs, including all attorney's fees.

21  Dated:  November 25, 2013              ANGELO, KILDAY & KILDUFF, LLP
22
                                             */s/ Amie McTavish*
23                                        By:_____
24                                           AMIE McTAVISH
                                             Attorneys for Defendants COUNTY OF
25                                           YOLO and SHERIFF E.G. PRIETO
26
27
28

                                        1
       STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER

Dated: 11/25/13                                        RUEB & MOTTA

                                                           */s/ Joseph Motta*
                                                    By:_____
                                                        JOSEPH A. MOTTA
                                                        Attorneys for Plaintiff ROBERT
                                                        VINCENT VEGA, JR.


                                            **ORDER**

                          **IT IS SO ORDERED.**

**Dated:  December 3, 2013**

                                            _____
                                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER