BRUCE A. KILDAY, ESQ., SBN 066415
AMIE McTAVISH, ESQ., SBN 242372
KEVIN J. DEHOFF, ESQ., SBN 252106
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants COUNTY OF YOLO and SHERIFF E.G. PRIETO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VINCENT VEGA, JR., | Case No.:  2:09-CV-00574-MCE-AC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |
| vs. | |
| YOLO COUNTY, et al., | |
| Defendants. | |

The parties, through their respective counsel, hereby stipulate that this matter shall be dismissed in its entirety and with prejudice.  It is further stipulated that each party will bear its own costs, including all attorney's fees.

Dated:  November 25, 2013                                  ANGELO, KILDAY & KILDUFF, LLP

                                                                              */s/ Amie McTavish*
                                                                              By:_____
                                                                              AMIE McTAVISH
                                                                              Attorneys for Defendants COUNTY OF
                                                                              YOLO and SHERIFF E.G. PRIETO

---

1
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER

Dated: 11/25/13                                    RUEB & MOTTA

                                                   */s/ Joseph Motta*
                                          By:_____
                                                   JOSEPH A. MOTTA
                                                   Attorneys for Plaintiff ROBERT
                                                   VINCENT VEGA, JR.


### **ORDER**

**IT IS SO ORDERED.**

**Dated:  December 3, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT